George B. Tonks
839 West Sheridan Road
Apartment 216
Chicago, IL 60613

**FILED**

AUG 31 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 31, 2023

The Honorable Judge Steven C. Seeger
US District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Seeger:

I have a hearing scheduled on September 6th at 9:30 AM and am having issues with getting in contact with the panel attorney that was assigned to me, Jonathan Bedi. Below I am briefly going into detail about the problems that I am facing.

In October 2021, I was contacted by Maria K. Farmer about joining her and Virginia Roberts Giuffre in a lawsuit against Leslie Wexner, the former owner of Victoria Secret and Abercrombie & Fitch. Farmer and I talked almost daily until I was informed by my probation officer Lisa Tarquinio not to have any contact with Farmer. Farmer was aware that I had a personal sexual experience with Wexner in Chicago approximately 40 years ago. At the time I met Wexner, I was working as a child model and actor. Farmer and Giuffre tried encouraging me to lie about Leslie Wexner which I was not prepared to do. Giuffre previously went on the record claiming that Wexner had raped her and then recanted her story. I was told that David Boies and Sigrid McCawley would be handling the case. I was also informed that the settlement would be in the millions. I made it very clear that I did not feel comfortable lying about Wexner. I also made it very clear to Farmer that I did not want to openly talk about my sexuality in public. Within a few weeks after informing Farmer about my sexuality being made public, she went on podcasts without my knowledge and talked about my sexuality and my sexual experience with Wexner.

At one point Farmer and Giuffre contacted me and were extremely excited about getting money out of Prince Andrew based on fabrications. Farmer and Giuffre made it very clear that if they were able to get money out of The Royal Family based on a mocked-up photo they could easily get money out of anyone. Giuffre told me that she had never had any sexual relations with Prince Andrew and that it was all a setup orchestrated by her attorneys. They tried convincing me again to "go after Leslie's billions". I made it very clear that I was not interested in going after Wexner or anyone else.

Everything quickly changed once Boies and Alan Dershowitz made a deal regarding Giuffre recanting her sexual experiences with Dershowitz. Farmer started threatening Boies and McCawley about not supporting Giuffre publicly after the deal was made with Dershowitz. Farmer insisted that Boies and McCawley have a press conference. I have emails that Farmer forwarded to me, Boies and McCawley regarding the both of them not publicly supporting Giuffre.

After settling with Dershowitz everything changed with Farmer. Farmer started targeting several others and settling out of court. Her latest settlement was with Eileen Guggenheim. Farmer insisted that I go on podcasts and lie about men that had raped her. Farmer stated that by putting pressure on them Boies and McCawley would be able to get out of court settlements signed. After I could no longer accept talking with Farmer and Giuffre about their plans to go after innocent people, major banks and the FBI, I decided to contact Prince Andrew's former girlfriend Lady Victoria Hervey, who I saw defending Prince Andrew on an evening news program. Immediately after speaking with Hervey, I contacted my probation officer in a text message and on a phone call regarding possible meetings with law enforcement (see copy of text). I mentioned possible meetings at the British Embassy. The probation officer treated me very poorly after receiving my texts and talking with me. The probation officer even started laughing at me when I informed her that I was in contact with Prince Andrew's former girlfriend. She informed me that I needed a psych evaluation and sent me to a hospital for an evaluation. After the evaluation the doctor made it very clear that there were no issues with my mental state and why was I even sent to her. The doctor gave me her business card and stated that if I ever have any issues to contact her.

The next few months became very chaotic with nonstop threats from Farmer. Farmer was going after all of her attorneys because they decided not to use her as the main witness in the JPMorgan case. Her main targets were Stanly Pottinger and Brad Edwards. Boies and McCawley made it very clear to her that she would not be able to take the stand because of her credibility issues (see email to Boies and Sigrid). The attorneys were searching for a credible female witness that would be able to take the stand if the JPMorgan case went to trial. Farmer wanted me to start attacking her attorneys online which I refused to do. Once she started threatening me, I contacted her sister Annie Farmer in a text message (see text message to Annie Farmer).

Around the same time frame Farmer located Jennifer Freeman, an attorney who agreed to go after the FBI with a multi-million-dollar lawsuit. Boies and McCawley refused to go after the FBI which made Farmer very angry. Freeman made it very clear that Farmer would have to come up with a journal mentioning that Farmer contacted the FBI in 1996 about Jeffrey Epstein. For years the media reported that Farmer went to the FBI in 1996 and reported Jeffery Epstein, Ghislaine Maxwell, Dershowitz, Donald Trump and Bill Clinton. Farmer stated that she never reported anyone to the FBI and that I have to locate an old journal from a resale shop in Chicago and send it to her. Farmer also informed me to search for old pens from the 1980's. I refused Farmer's demands and stopped talking to her for a few weeks. I then received a phone call from Farmer telling me that I was useless and not a team player. Farmer then sent me an email with copies of the fake journal (see email with copies of pages from the fake journal).

Once the journal was submitted to the FBI, I immediately reported everything to my probation officer who stated that she would make sure that the right individuals/FBI received it. I then submitted everything to the FBI as well. From that point on I stopped all communication with Farmer. My probation officer made it very clear to stop all communication since she was involved in criminal activity.

Once Farmer became aware that I was communicating with Hervey she started posting daily videos online, some claiming that I was a child molester/CHOMO which put my life in danger. She also aggressively started attacking Hervey and anyone else who questioned her FBI case. Prince Andrew's ex-wife, Sarah Ferguson had her assistant Antonia Marshall make copies of all the threatening and defamatory videos. After the videos were posted online about me being a child molester I started receiving threatening phone calls and threats outside of my apartment building. After the seventh threat outside of my apartment building I called the police and filed a police report. I forwarded that police report to my probation officer. Before contacting the police I reached out to my probation officer in a text message because I did not know what I should do (see text). After the threats I was informed through a text message that Farmer called the police on me.

I was called in for a meeting with my probation officer and was totally criticized about everything I was trying to explain to her. At one point Lisa and her supervisor stated that they had no idea about how to handle this issue. They both stated that everything would have to be turned over to a judge for a decision. I informed them that everything that I have posted on my social media about Farmer, who is a public figure has been reviewed by several sources and if Farmer was upset with anything her attorneys would send me a cease and desist. The probation officer continued to question my association with Lady Victoria Hervey and asked "how do you know it's really her". I also stated that I may have to testify at Prince Andrew's appeal after the FBI responds to Farmer's FBI case and that there will be individuals who will not be happy with me. The probation officer stated in a text that she was not going to engage and that Farmer can take legal routes to "serve" me. I left the meeting with my probation officer in a state of total confusion.

Very truly yours,

George B. Tonks
708-833-6673
georgebtonks@gmail.com

Copy of text to Anne Farmer



**Annie Farmer**

> Annie, it's George. Can you explain to Maria that I can't post all of her videos because of the probation department and FBI reviewing everything I post. I can't post all the videos about Stan, Brad & the CIA. She got mad at me and blocked me because I refused to post all of her videos. Could you please talk with her and explain.

A: Sorry to hear that. I'll check in with her about it.

> Thanks!

> After being threatened by Maria to post videos as well as documents George had no other option but to contact her sister Annie and explain that he didn't feel comfortable uploading her requests.

Send message  

Emails between Maria Farmer, David Boies, Sigrid McCawley



**Remember when I came forward for Virginia?** Inbox

**Artist Farmer** 11/8/2022
to David, annie, bcc: me

David,
First of all I need to thank you immensely for all you and sweet SIGRID have done to help me. I wouldn't have survived without you. I just need to understand something...
Remember when you told me you would get Wexner if I came forward about when I saw Dershowitz? I came forward and now Virginia is backtracking? This makes us all look horrid! Is this the government's doing? Why is Dershowitz protected? He is an evil man that 100% was one of Epstein's companions! 😫
I need to hold Wexner accountable and do not understand any of this. Please respond when you can.
Much love,
Maria Farmer

**George B. Tonks** Aug 6
to nbryant

Show quoted text



to me

---------- Forwarded message ---------
From: **Artist Farmer**
<mary.mountain.art@gmail.com>
Date: Sat, Feb 25, 2023 at 2:26 PM
Subject: Please tell David 🙏 thank you
To: David Boies <xboies@gmail.com>, Sigrid McCawley <smccawley@bsfllp.com>
CC: Jeffrey Waldron <jwaldron@bsfllp.com>, Sabina Mariella <smariella@bsfllp.com>

SIGRID,
I'm very grateful for the update. I'm amazed David got them to move that far, showing his incredible abilities! You are both heroes of mine.

I do feel terribly misunderstood if David thinks I couldn't hold up in front of a jury. I would think a jury might consider my honesty quite refreshing. They also might think what I did as a young lady right out of grad school (with the mob at my heels) quite inspiring and brave! The FBI asked me to testify in a Federal trial in Florida, considering me credible as can be. When I was recorded illegally, the day after brain surgery (gamma knife) I told the TRUTH. It was the SAME DAY THE NEW YORK TIMES TRIED TO GET ME TO SAY DISPARAGING COMMENTS ABT DAVID, when Emily Steele was trying to frame him. I had the wherewithal to hang up on her. Webb was an unethical scoundrel who is a literal anti-Semite. I didn't see her intentions. She lied to me. I only spoke to her that once! She has ruined my life,

# Texts between my probation officer



← (773) 530-5445

> Tomorrow I really need to update you about a problem I am having regarding an individual involved in the Epstein case.

> Tomorrow I really need to update you about a problem I am having regarding an individual involved in the Epstein case.

Send message 

Aug 14, 2:02 PM

> Everyone from well known individuals & reporters are calling me because of her YouTube channel that she keeps changing the name of & is now claiming is not hers. She is posting lie after lie about everyone & is even editing false information into the posts. Several people have reached out to her attorney's hoping to have her committed or at least evaluated.

Send message 

← (773) 530-5445





 Send message

11:38

## Journal, seriously relevant, mentions FBI + Schafer  Inbox

**Artist Farmer**  Feb 8
to smccawley, smariella, annie...

| | |
|---|---|
| From | Artist Farmer<br>mary.mountain.art@gmail.com |
| To | smccawley@bsfllp.com<br>smariella@bsfllp.com<br>annie.farmer@gmail.com<br>xboies@gmail.com |
| Bcc | georgebtonks@gmail.com |
| Date | Feb 8, 2023 at 1:12 PM |
| 🔒 | Standard encryption (TLS)<br>Learn more |

1997, one year after Wexner's...



me  Jul 23
to nbryant







LINKS

Lady Victoria Hervey talking on my behalf

Lady Victoria talking about my cancer

Alan Dershowitz

Lady Victoria Talking about the FBI case/Fox News